# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

WILMA J. HARBOURNE,

           Plaintiff,

v.                                                                Civil No.   07-1839-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.

## JUDGMENT

The Commissioner's decision is not based on substantial evidence. This case is reversed and remanded for payment of benefits. This action is dismissed.

Dated: December 9, 2008.

_____
United States District Judge

**JUDGMENT**                                          **DOCUMENT NO:** _____