FILED'09 MAY 01 07:03USDC-ORE

**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, OR 97035
Telephone: (503) 251-0707
Fax: (503) 251-0708
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILMA J. HARBOURNE  Plaintiff,  vs.  COMMISSIONER, Social Security Administration,  Defendant. | Civil No.: 07-1839-AA  PROPOSED ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

      Attorney fees in the amount of $10,000.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,000.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the §406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at her address shown above** the balance of $5,000.00, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

/ / /

/ / /

Page 1 - PROPOSED ORDER FOR ATTORNEY FEES
       PURSUANT TO 42 U.S.C. § 406(b)

Dated 4/30/09 .

_____
USDC Judge/Magistrate

Presented by:
Karen Stolzberg
Attorney for Plaintiff

Page 1 - PROPOSED ORDER FOR ATTORNEY FEES
    PURSUANT TO 42 U.S.C. § 406(b)